UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH JASMAN,

        Plaintiff,        Case No. 1:11-cv-275

v.        Honorable Paul L. Maloney

UNKNOWN STRAUSS et al.,

        Defendants.

_____/

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE on immunity grounds and/or for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: September 12, 2011        /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    Chief United States District